HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANDREW WONG, Bar #308269
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare St. Ste. 330
Fresno, CA 93721
Telephone: 559-487-5561
Fax: 559-487-5950

Attorney for Defendant
ANGEL L. BERNABE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>vs.<br><br>ANGEL L. BERNABE,<br><br>*Defendant*. | Case No. 1:17-po-00203 SAB<br><br>MOTION DESIGNATING COMMUNITY SERVICE ORGANIZATION; ORDER<br><br>Hon. Stanley A. Boone |

On September 21, 2017, the Court sentenced Mr. Bernabe to **twenty-four months** of unsupervised probation, and 90 days to get license reinstated. He was also ordered to pay a $500.00 fine, a $25.00 special assessment, and a $30.00 processing fee, for a total of $540.00, and to complete 150 hours of community service with a court-approved organization to be completed by September 21, 2018.

Mr. Bernabe asks the Court to approve the following organization for him to perform his community service hours.

1) Salvation Army at 121 W. Shaw Ave., Clovis, CA

///

///

///

///

///

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 31, 2017　　　　　　　*/s/ Andrew Wong*
　　　　　　　　　　　　　　　　　ANDREW WONG
　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　ANGEL L. BERNABE

**O R D E R**

IT IS SO ORDERED.

Dated: **October 31, 2017**　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE