HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ANDREW WONG, CA SBN #308269
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ANGEL L. BERNABE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:17-po-00203-SAB |
|---|---|
| Plaintiff, | **STIPULATION TO MODIFY CONDITIONS OF PROBATION; ORDER** |
| vs. | |
| ANGEL L. BERNABE, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for the plaintiff, and Assistant Federal Defender Andrew Wong, counsel for Angel Bernabe, that the Court modify the terms and conditions of Mr. Bernabe's probation to require proof of a valid driver's license by June 7, 2018. Mr. Bernabe's probation expires on September 23, 2019 and a review hearing is set for November 1, 2018.

Mr. Bernabe is required to pay approximately $800.00 in fines and fees in order to obtain a valid driver's license. He recently began working full time. In order to allow Mr. Bernabe sufficient time to meet his significant financial obligation to the California Department of Motor Vehicles and obtain a driver's license, the parties request that Mr. Bernabe's probation be modified to require proof of a valid driver's license by June 7, 2018.

/// /// ///

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: December 20, 2017         */s/ Jeffrey Spivak*
                                Jeffrey Spivak
                                Assistant United States Attorney
                                Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: December 20, 2017         */s/ Andrew Wong*
                                ANDREW WONG
                                Assistant Federal Defender
                                Attorney for Defendant
                                Angel L. Bernabe

## **O R D E R**

The Court hereby grants the parties' request to modify the conditions of Mr. Bernabe's probation to require proof of a driver's license by no later than June 7, 2018, and is reminded that he shall not drive a motor vehicle unless and until he has a valid driver's license.

IT IS SO ORDERED.

Dated:   **December 20, 2017**

UNITED STATES MAGISTRATE JUDGE