# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

v.

ANGEL BERNABE,

                  Defendant.

Case No. 1:17-po-00203-SAB

**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION**

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Operating a Motor Vehicle while driver's license is suspended, in violation of 36 CFR 4.2 and CVC 12500(a) |
| **Sentence Date:** | September 21, 2017 |
| **Review Hearing Date:** | November 1, 2018 |
| **Probation Expires On:** | September 23, 2019 |

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒      **Obey all federal, state and local laws**; and

☒      **Monetary Fines & Penalties in Total Amount of:** $540.00 ($500.00 fine; $30.00 processing fee; $10.00 special assessment)

## *COMPLIANCE:*

☒      Defendant has complied with and completed <u>all</u> conditions of probation described above.

## **Otherwise:**

☒      Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☐      To date, Defendant has paid a total of $
☐ If not paid in full when was last time payment:

☒      Compliance with Other Conditions of Probation: He has completed 150 hours community service and his California driver's license has been reinstated.

<u>***GOVERNMENT POSITION:***</u>

☒      The Government agrees to the above-described compliance, and would note that Mr. Bernabe received and paid a citation for improperly displaying license plates on or about July 30, 2018.

☐      The Government disagrees with the following area(s) of compliance:

Government Attorney:

DATED: October 18, 2018              */s/ Michael Tierney*
                                      MICHAEL TIERNEY
                                      Assistant United States Attorney

<u>***DEFENDANT'S REQUEST (OPTIONAL):***</u>

In light of the information detailed in this status report, the defendant moves for the following:

☒      that the review hearing set for 11/1/2018 at 10:00 a.m.

        ☐      be continued to _____ at 10:00 a.m.; or

        ☒      be vacated.

DATED: 10/18/2018                */s/ Hope Alley*
                                      DEFENDANT'S COUNSEL

# **O R D E R**

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒      GRANTED in part. The Court orders that the Review Hearing set for November 1, 2018 at 10:00 a.m. be continued to June 6, 2019 at 10:00 a.m. Defendant is ordered to appear. Defendant is also ordered to file a status report 14 days prior to the review hearing.

☐      DENIED.

IT IS SO ORDERED.

Dated:   **October 22, 2018**                         
                                      UNITED STATES MAGISTRATE JUDGE