## IN THE UNITED STATES DISTRICT COURT
### For The
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>v.<br><br>ANGEL L. BERNABE,<br><br>                    Defendant. | Case No. 1:17-po-00203-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Driving without a license, in violation of 36 C.F.R. § 4.2 (incorporating California Vehicle Code § 12500(a)) |
| **Sentence Date:** | September 21, 2017 |
| **Review Hearing Date:** | June 6, 2019 |
| **Probation Expires On:** | September 23, 2019 |

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒      **Obey all federal, state and local laws**; and

☒      **Monetary Fines & Penalties in Total Amount of:** $540.00 ($500.00 fine; $30.00 processing fee; $10.00 special assessment)

☒      **Other Conditions:** Notify court and counsel of any change of address; notify court of any material change in economic circumstances; complete 150 hours of community service; provide proof of current driver's license

### *COMPLIANCE:*

☐      Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☐      Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

         On August 19, 2018, Defendant was cited for driving without a license in his possession, failure to provide proof of financial responsibility, driving without a valid registration, and driving without two license plates affixed to the vehicle. Defendant resolved the tickets on January 24, 2019.

☒      To date, Defendant has paid a total of $540.00.

         ☐   If not paid in full when was last time payment:      Date:
                                                                                                                                                                                Amount:

☒ Compliance with Other Conditions of Probation: Defendant has complied with all other conditions of probation.

## *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

DATED: May 23, 2019         */s/ Michael Tierney*
                            Assistant United States Attorney

## *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 6/6/2019 at 10:00 a.m.

    ☐ be continued to _____ at 10:00 a.m.; or

    ☒ be vacated.

DATED: 5/23/2019            */s/ Erin Snider*
                            DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED. The Court orders that the Review Hearing set for June 6, 2019 at 10:00 a.m. be vacated

☒ DENIED.

IT IS SO ORDERED.

Dated: **May 24, 2019**         _____
                                UNITED STATES MAGISTRATE JUDGE