HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ANGEL BERNABE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-po-00203-SAB |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE ORDER |
| vs. | |
| ANGEL BERNABE, | |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Angel Bernabe, that the briefing schedule be extended by one week. Specifically, that the deadlines currently set for July 25, 2019 and August 8, 2019 be extended to August 1, 2019 and August 15, 2019, respectively. The parties request that the status conference currently set for August 27, 2019, remain as scheduled.

On July 18, 2019, defense counsel requested a briefing schedule in order to file a motion challenging Mr. Bernabe's alleged probation violation. Upon further consideration, defense counsel requests an extension of the briefing schedule in order to conduct additional research, complete investigation, and consult with colleagues at the Office of the Federal Defender.

//

//

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: July 25, 2019 */s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: July 25, 2019 */s/ Matthew Lemke*
MATTHEW LEMKE
Assistant Federal Defender
Attorney for Defendant
ANGEL BERNABE

## **O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the briefing schedule be extended by one week. Mr. Bernabe is required to file any affirmative motions by August 1, 2019. The government is required to file any motions in response by August 15, 2019. The status conference will remain scheduled for August 27, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **July 26, 2019**

UNITED STATES MAGISTRATE JUDGE