# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGEL L. BERNABE,<br><br>Defendant. | Case No. 1:17-po-00203-SAB<br><br>ORDER REQUIRING GOVERNMENT TO SHOW CAUSE WHY DEFENDANT'S MOTION TO VACATE, SET ASIDE, OR CORRECT HIS SENTENCE SHOULD NOT BE DEEMED UNOPPOSED<br><br>THREE DAY DEADLINE |
|---|---|

On December 12, 2019, Defendant filed a motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255. A briefing schedule was set and the Government's opposition to the motion was due on January 13, 2020. As of this date, no opposition has been filed.

The Local Rules of the Eastern District of California govern the filing of criminal motions, and provide that: "No party will be entitled to be heard in opposition to a motion at oral argument if that party has not timely filed an opposition to the motion." L.R. 430.1(d). Additionally, the Local Rules provide that: "A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect." (Id.)

Accordingly, IT IS HEREBY ORDERED that within **three (3) days** of the date of entry of this order, the Government **SHALL SHOW CAUSE IN WRITING** why Defendant's motion to vacate, set aside or correct his sentence should not be deemed unopposed.

IT IS SO ORDERED.

Dated: __**January 15, 2020**__

UNITED STATES MAGISTRATE JUDGE

1