McGREGOR W. SCOTT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-PO-00203-SAB |
|---|---|
| Plaintiff, | STIPULATION AND ORDER SETTING FORTH REVISED BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION UNDER 28 USC SECTION 2255 |
| v. | |
| Angel Bernabe, | |
| Defendant. | |

## **BACKGROUND**

The defendant filed a motion to set aside his conviction under 28 U.S.C. § 2255 on December 12, 2019 (the "Motion"). During a hearing that same day, the Court ordered the Government to file any opposition to the Defendant's 2255 Motion by January 13, 2020, and any Defendant reply by January 27, 2020. The Government neglected to file a response by January 13, 2020. On January 15, 2020, the Court issued an Order to Show Cause ("OSC") why the Motion should not be granted as unopposed (Doc. 32).

Since the Court's issuance of the OSC, the parties have reached a tentative resolution that will obviate the need for further briefing or Court resolution of the Motion. The parties need additional time to research the legal issues involved with the proposed resolution. Therefore, the parties jointly stipulate that the Government's time to answer the Motion should be extended to January 22, 2020. The parties will abide by any further briefing schedule set by the Court.

///

1

DATED: January 16, 2020

By: /s/ Matthew Lemke
Matthew Lemke
Attorney for Defendant
ANGEL BERNABE

DATED: January 16, 2020

McGREGOR W. SCOTT
United States Attorney

By: /s/ Michael Tierney
MICHAEL G. TIERNEY
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: **January 17, 2020**

UNITED STATES MAGISTRATE JUDGE