IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>ANGEL BERNABE,<br><br>                              Defendant. | CASE NO.  1:17-po-00203-SAB<br><br>ORDER RE PARTIES' JOINT MOTION TO DISMISS 1)  DEFENDANT'S MOTION UNDER 28 USC SECTION 2255 AND 2) PROBATION VIOLATION PETITION; OR IN THE ALTERNATIVE, FURTHER REVISED BRIEFING SCHEDULE<br><br>(ECF Nos. 22, 31, 35) |

On June 25, 2017, Angel Bernabe ("Defendant") was cited for improper food storage in violation of 36 C.F.R. § 210(d).  (Order Denying Motion to Dismiss, Doc. 30, at 1).  On June 26, 2017, Defendant was cited for exceeding the posted speed limit in violation of 36 C.F.R. § 4.21(c); driving without a license in violation of 36 C.F.R. § 4.2 and Cal. Veh. Code § 12500(a); and failing to obey a lawful order in violation of 36 C.F.R. § 2.32(a)(2).  Id.  The violations occurred in Kings Canyon National Park.  Id.

On June 26, 2017, Assembly Bill 103 was signed into law which ended the California Department of Motor Vehicle's ability to suspend license privileges when the sole basis for suspension was that the driver had failed to pay a fine.  See https://leginfo.legislature.ca.gov/faces/billTextClient.xhtml?bill_id=201720180AB103 (last visited August 31, 2020).

On September 9, 2017, the above referenced action was filed.  (ECF No. 1.)  Defendant made an initial appearance on September 21, 2017 and pled guilty to driving without a license in violation of 36 C.F.R. § 4.2 and Cal. Veh. Code § 12500(a) pursuant to a plea agreement.  (ECF No. 6.)  The remaining

1

counts were dismissed without prejudice.  Id.

On February 27, 2018, the Department of Motor Vehicles sent Defendant an "Amended Order of Reinstatement" stating that the "action taken against [his] driving privileges" had been "set aside under Section 13551, effective Jun 18, 2017."  (ECF No. 31-1.)

On June 28, 2019, an order and warrant issued for Defendant based on a petition for violation of probation.  (ECF No. 22.)  Defendant made an initial appearance on the violation of probation on July 18, 2019, a briefing schedule was entered, and the warrant was recalled.  On August 1, 2019, Defendant filed a motion to dismiss the probation violation which was denied on August 28, 2019.  (ECF Nos. 28, 30.)

On December 12, 2019, Defendant filed a motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255.  (ECF No. 31.)  On January 22, 2020, a joint motion to dismiss Defendant's motion under 28 U.S.C. § 2255 and the probation violation probation, or in the alternative to further revise the briefing schedule was filed.  (ECF No. 35.)  The joint motion seeks to dismiss the probation violation petition and to allow Defendant to withdraw his motion under 28 U.S.C. § 2255.  A hearing on the motion was set for March 19, 2020 and the parties requested a continuance.  (ECF No. 38.)  On August 27, 2020, a hearing on the motion was held and the matter was taken under submission.  (ECF No. 39.)

Pursuant to the agreement of the parties, IT IS HEREBY ORDERED that:

1. The joint motion to dismiss Defendant's motion under 28 U.S.C. § 2255 and the probation violation petition (ECF No. 35) is GRANTED;
2. Defendant Angel Bernabe's motion to vacate his conviction pursuant to 28 U.S.C. § 2255 (ECF No. 31) is WITHDRAWN; and
3. The probation violation filed June 28, 2019, (ECF No. 22) is DISMISSED.

IT IS SO ORDERED.

Dated:  **August 31, 2020**

UNITED STATES MAGISTRATE JUDGE